UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS ARMOND LIBBETT

    *Plaintiff*,

v.                                                       Case No. 2:06-cv-131
                                                     HON. R. ALLAN EDGAR

S. TANGEN

    *Defendant*.

_____/

## MEMORANDUM AND ORDER

Plaintiff made a motion for a temporary restraining order and preliminary injunction. [Doc. No. 7]. The motion was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. L Civ R 72.1(c). On September 13, 2006, the Magistrate Judge submitted his report and recommendation that the motion be denied. [Doc. No. 21]. Plaintiff has not timely filed an objection to the report and recommendation.

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The plaintiff's motion [Doc. No. 7] is **DENIED**.

SO ORDERED.

Dated: October 13, 2006.                                */s/ R. Allan Edgar*
                                                                    R. ALLAN EDGAR
                                                 UNITED STATES DISTRICT JUDGE